PROB 12C
(6/16)

Report Date:  December 2, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Veronica M. Marry          Case Number: 0980 2:14CR00168-WFN-7

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344, 1349 | |
| Original Sentence: | Prison 15 months;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: May 10, 2016 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: May 9, 2020 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**:  On December 2, 2016, the undersigned officer was advised by staff at the Spokane RRC that they had located paraphernalia within Ms. Marry's belongings. Specifically, a device to defeat urinalysis testing. |
| 2 | **Special Condition #14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to drug testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 2, 2016, the undersigned officer was notified by staff at the residential reentry center that Ms. Marry had submitted a urinalysis revealing positive results for methamphetamine. |

**Prob12C**
**Re: Marry, Veronica M**
**December 2, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___12/02/2016_____

___s/Richard Law_____

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

___12/02/16_____

Date