PROB 12C
(6/16)

Report Date:  January 10, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Veronica M Marry          Case Number: 0980 2:14CR00168-TOR-7

Address of Offender: ███████, Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 18, 2015

Original Offense:          Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344, 1349

Original Sentence:         Prison - 15 months;          Type of Supervision: Supervised Release
                           TSR - 48 months

Revocation Sentence:       Prison - 9 months;
(January 11, 2017)         TSR - 27 months

Asst. U.S. Attorney:       James Goeke              Date Supervision Commenced: August 1, 2017

Defense Attorney:          Federal Defenders Office   Date Supervision Expires: October 31, 2019

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1          **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On January 9, 2019, Ms. Marry was in direct violation of mandatory condition number 2 by being in possession of a large quantity of methamphetamine.

On August 2, 2017, the undersigned officer reviewed the conditions of supervision with Ms. Marry. She understood all of the conditions and was given a copy of the judgment.

At 2:08 a.m. on January 9, 2019, Ms. Marry returned to the residential reentry center (RRC) after completing her shift at work.  Staff at the RRC conducted a routine pat down search of Ms. Marry. They found a baggie containing a large quantity of a white substance in her purse. They field tested the substance, which revealed positive for methamphetamine.

Prob12C
**Re: Marry, Veronica M**
**January 10, 2019**
**Page 2**

2      **Special Condition #8:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supportive Evidence:**   Ms. Marry is in direct violation of special condition number 8 by self-disclosing that she used methamphetamine on January 2, 2019.

On August 2, 2017, the undersigned officer went over the conditions of supervision with Ms. Marry. She understood all of the conditions and was given a copy of the judgment.

Ms. Marry reported to the probation office on January 10, 2019. At that time, she self-disclosed that she had consumed methamphetamine on January 2, 2019. She signed a drug use admission form reflecting the use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/10/2019
_____

s/Joshua D. Schull
_____

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]     Other

Thomas O. Rice, Chief US Dist. Judge
Signature of Judicial Officer

January 11, 2018
_____
Date