PROB 12C
(6/16)

Report Date: January 18, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Veronica M. Marry | Case Number: 0980 2:14CR00168-TOR-7 |
| Address of Offender: ███████, Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: June 18, 2015 | Date of Revocation Sentence: January 11, 2017 |
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 |
| Original Sentence: | Prison - 15 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 11, 2017) | Prison - 9 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: August 1, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 31, 2019 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/10/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 8**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 16, 2019, Ms. Marry was in direct violation of special condition number 8 by testing positive for a non-prescribed opiate.<br><br>On August 2, 2017, the undersigned officer explained Ms. Marry's conditions of supervision to her. She indicated she understood all of the conditions and was given a copy of her judgment.<br><br>On January 11, 2019, Ms. Marry reported to the U.S. Probation Office. She provided a urine sample that tested presumptive positive for opiates. Ms. Marry denied any use of opiates. The test was sent to Alere Toxicology Laboratory for further testing. |

Prob12C
Re: Marry, Veronica M
January 18, 2019
Page 2

On January 16, 2019, the undersigned officer received confirmation that Ms. Marry's urine sample tested positive for the opiate codeine. On January 17, 2019, Ms. Marry reported to the undersigned officer to discuss her drug use. She reported no memory of taking codeine, but she did accept that she is responsible for what she puts into her body, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/18/2019

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice, Chief USDJ

Signature of Judicial Officer

January 18, 2019

Date